UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CITY OF FAYETTEVILLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| SECURITY NATIONAL INSURANCE ) | |
| COMPANY, ) | 5:18-CV-331-D |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**
On June 1, 2018, the City of Fayetteville ("Fayetteville" or "plaintiff") filed a complaint in Cumberland County Superior Court against the Security National Insurance Company ("SNIC" or "defendant") for breach of contract [D.E. 1-1]. On July 5, 2018, SNIC removed the action to this court [D.E. 1]. On March 28, 2019, SNIC moved for summary judgment [D.E. 15] and filed a memorandum in support [D.E. 16], a statement of material facts [D.E. 17], and an appendix [D.E. 18]. On April 17, 2019, Fayetteville responded in opposition [D.E. 19-21]. On May 1, 2019, SNIC replied [D.E. 22-24].

**IT IS ORDERED, ADJUDGED AND DECREED** that the court GRANTS SNIC's motion for summary judgment [D.E. 15]. SNIC may file a motion for costs in accordance with this court's local rules and the Federal Rules of Civil Procedure.

This case is closed.

**This judgment filed and entered on July 23, 2019, and served on:**
Keith Johnson (via CM/ECF Notice of Electronic Filing)
Colin McGrath (via CM/ECF Notice of Electronic Filing)
John Wilkerson, III (via CM/ECF Notice of Electronic Filing)
Hannah Stetson (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

July 23, 2019

 /s/ Lindsay Stouch
By: Deputy Clerk